# EXHIBIT B

# 👤 Alfredo Isaiah Chatman (PizzaHut Non-Req External Seeker Site)

9334 S University, Chicago, IL 60617  —  ALfredoChatman@yahoo.com  —  p: 773-374-8317

## Overview

**Date Applied:** Wednesday, August 11, 2010 (*1:44:40 AM*)

**Position Applied For:** Pizza Hut Delivery Driver

**Current Location:** 405199 - Chicago, IL (8849 S Stony Island Ave) *(Exclusive)*

**How Did You Hear About This Job?** Internet Job Board

**Tax Credit Eligible:** Potentially Eligible

**Tax Credit Confirmation Code:**

**Application Method:** Career Insite



**Assessment Results**
- Pizza Hut Initial Assessment (Green)
- Back Of House (Green)
- Front Of House (Green)

## Availability

**If hired, when would you be able to start?** 8/12/2010

**Work Preference:** Full-Time or Part-Time

### Availability

| | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| **From:** | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |
| **To:** | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |

## Work History

**Wendy's**
*November 2007 - February 2008*

**Job Title:** Crew Member

**City:** Chicago

**State/Province:** Illinois

**Country:** United States of America

**Phone Number:** ███████████

**Supervisor's First Name:** ███████████

**Supervisor's Last Name:** ███████████

**Description of Responsibilities:**
Exhibited the innate ability to work with a team in an environment where teamwork was a key factor.
Operated the grill and other food preparation units used to adequately cook food appropriate for human consumption.
Responsible for cleaning dishes as well as maintaining a clean work environment.
Assisted over 150 customers per shift in a timely and professional manner.
Resolved conflicts in a high pressured environment
Demonstrated good public relation skills in a fast paced environment.

**Please list your current rate of pay. If not currently employed, list your most recent/last rate of pay (ex $8.00 or $25,000)?:** 8.00

**May We Contact This Employer?:** Yes

**Reason for Leaving This Employer:** Laid Off

**Sears**
*February 2004 - July 2004*

**Job Title:** Merchandise/Customer Assits.

**City:** Metarie

**State/Province:** Louisiana

**Country:** United States of America

**Phone Number:**

**Supervisor's First Name:** ….

**Supervisor's Last Name:** ……

**Description of Responsibilities:**
irst point of contact for a company focused on serving the needs and wants of its customers.
Exhibited the ability to work with a team to successfully manage tasks in a timely manner.
Negotiated, communicated solutions and resolved problems effectively
Demonstrated the ability to satisfy customers through analysis and problem resolution.
Investigated and resolved performance issues and demonstrated strong communication skills across multiple platforms.
Improved customer service based on client feedback through the development of new policies and procedures.
Handled customer inquiries regarding locations of merchandise and other general inquiries.

**Please list your current rate of pay. If not currently employed, list your most recent/last rate of pay (ex $8.00 or $25,000)?:** 8.00

**May We Contact This Employer?:** Yes

**Reason for Leaving This Employer:** Quit/Resigned

**Please Select Your Specific Reason for Quitting/Resigning:** Relocation

# Education

**Name:** Universal Techinical Institute

**School Type:** College or University

**How many years have you completed?:** 1 year

**Degree:** None

**Field of Study:** Automotive/Diesel repair

**Name:** Cosmpolitan Prep

**School Type:** High School

**Do you have a high school diploma or equivalent certificate?** Yes

# References

**Phone:**

**Company Name:** Wendy's

**Relationship:** Current or former manager/supervisor

**How many years have you known this person:** 1 or more years but less than 3 years

**Phone:**

**Company Name:** XSport Fitness

**Relationship:** Close friend

**How many years have you known this person:** 3 or more years but less than 5 years

# Additional Info

**ADP WOTC**

# Availability

| What is your desired rate of pay? | 7.50 |

**Other Information About Yourself**



**Terms and Conditions**

| | |
|---|---|
| I hereby certify and affirm that the information provided in connection with the application process is true, accurate and complete, and that I have withheld nothing that would, if disclosed, affect this application unfavorably. | Statement viewed |
| *Nature of my Employment.* If I am hired by Pizza Hut, I agree that I will be an at-will employee, which means that either I or Pizza Hut may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by Pizza Hut will constitute an expressed or implied contract of continued employment and that this at-will relationship can only be modified in writing by Pizza Hut's President. I agree that, if hired, I will obey Pizza Hut's rules, including treating confidentially any information I learn during my employment. | Statement viewed |
| *My Participation in Pizza Hut's Drug Free Environment.* I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol. | Statement viewed |
| *Agreement to Arbitrate.* Because of the delay and expense of the court systems, Pizza Hut and I agree to use confidential binding arbitration, instead of going to court, for any claims that arise between me and Pizza Hut, its related companies, and/or their current or former employees. Without limitation, such claims would include any concerning compensation, employment (including, but not limited to, any claims concerning sexual harassment or discrimination), or termination of employment. Before arbitration, I agree: (i) first to present any such claims in full written detail to Pizza Hut; (ii) next, to complete any Pizza Hut internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission or National Labor Relations Board). | Statement viewed |
| In any arbitration, the then prevailing employment dispute resolution rules of the American Arbitration Association will apply, except that Pizza Hut will pay the arbitrator's fees, and Pizza Hut will pay that portion of the arbitration filing fee in excess of the similar court filing fee had I gone to court. | Statement viewed |
| I hereby authorize Pizza Hut to investigate all information pertinent to my application for employment in order to determine my qualifications for employment, which may include contacting former and/or current employers or any other person or entity. I | Statement viewed |

hereby authorize all persons and entities having information relevant to my application to provide that information to Pizza Hut. I understand that any offer of employment may be rescinded or my employment terminated if my references are inadequate or unacceptable to Pizza Hut, or if I violate any of the provisions of this Certification.

| | |
|---|---|
| I understand that any omission, misrepresentation, or falsification in connection with this application process may be grounds for denial of employment or, if hired, immediate termination of employment. I further understand that if I am hired by Pizza Hut, I must abide by all the rules and policies of Pizza Hut which, other than the at-will employment policy, may be changed without notice at the direction of Pizza Hut. | I understand and agree to the terms outlined above. |

**Yum Driver's License - June 2009**

| | |
|---|---|
| The position you are applying for requires a driver's license. If you do not have a valid driver's license and wish to continue with this application, you should exit and apply for a different position. | Statement viewed |
| Do you currently possess a valid Driver's License? | *This response may have been collected as part of hiring process for legal reasons.*<br><br>Yes |
| Please indicate the state and license number. | *This response may have been collected as part of hiring process for legal reasons.* |
| Expiration Date: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>11/28/2010 |
| State: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>Illinois |
| Number: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>[redacted] |
| License Type: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>class d |
| Restrictions: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>none |

# Resume

Alfredo Isaiah Chatman

[redacted]

OBJECTIVE: Seeking a full/part-time position with a high performance company, serving as a customer support proffesional focused on improving business performance and customer satisfaction.

HIGHLIGHT OF QUALIFICATIONS:
A highly skilled and knowledgeable professional with four years of progressive experience within a fast-paced customer driven environment. Expertise lies within customer service.A record of accomplishment in resolving customer related problems across platforms in a cost-effective and professional manner.

EXPERIENCE:
SEARS ROEBUCK
Metarie, LA
2/04 - 6/04
Merchandise/Customer Assist
First point of contact for a company focused on serving the needs and wants of its customers.
Exhibited the ability to work with a team to successfully manage tasks in a timely manner.
Negotiated, communicated solutions and resolved problems effectively
Demonstrated the ability to satisfy customers through analysis and problem resolution.
Investigated and resolved performance issues and demonstrated strong communication skills across multiple platforms.
Improved customer service based on client feedback through the development of new policies and procedures.
Handled customer inquiries regarding locations of merchandise and other general inquiries.

WENDY'S
Chicago, IL
11/07 - 2/08
Exhibited the innate ability to work with a team in an environment where teamwork was a key factor.
Operated the grill and other food preparation units used to adequately cook food appropriate for human consumption.
Responsible for cleaning dishes as well as maintaining a clean work environment.
Assisted over 150 customers per shift in a timely and professional manner.
Resolved conflicts in a high pressured environment
Demonstrated good public relation skills in a fast paced environment.

INFORMATION TECHNOLOGY COMPETENCIES
Operating Systems
Windows 2000/XP/Vista

Application/Protocals
Microsoft Office 2000/Xp/2003
EDUCATION
Cosmopolita Prep H/S
188 w Randolph
Chicago, IL
General studies/High school diploma

Universal Techincal Institute
01/02 - 03/03
Glendale Heights, IL
Automotive/Diesel repair

Copyright ©2000 - 2012, Kronos Incorporated. All rights reserved.
U. S. Patents 7,080,057; 7,310,626; 7,558,767; 7,562,059; 7,472,097; 7,606,778; 8,086,558 and 8,046,251.